Reuben D. Nathan, Esq.                           (THIS SPACE FOR FILING STAMP)
AZIMY & NATHAN, LLP
18500 Von Karman Avenue, Suite 500
Irvine, California 92612
Tel: (949) 486-1888
Fax: (949) 486-1889
State Bar No. 208436

Attorneys for Plaintiff, MATTIE JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON, | Case No.: 2:05-CV-02107-WBS KJM |
| Plaintiff(s),<br>vs.<br>TRAN HOANG KIM,<br>Defendant(s). | **DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT SERVICE UPON DEFENDANT and PROPOSED ORDER** |

## DECLARATION OF REUBEN D. NATHAN

I, Reuben D. Nathan declare as follows:

1.   I am an attorney licensed to practice law in all of the courts in the State of California, Central District of California and the Eastern District of California. Azimy & Nathan, LLP are the attorneys of record for Plaintiff, Mattie Johnson (hereinafter referred to as "Plaintiff") in the case entitled <u>Johnson v. Tran Hoang Kim</u>.

1

**DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT SERVICE UPON DEFENDANT and PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

2. That on October 10, 2005, Plaintiff filed a Complaint against Tran Hoang Kim, alleging violations of the Americans with Disabilities Act, the Unruh Civil Rights Act, Negligence and California Health and Safety Code §19955, et seq.

3. That after the filing of Plaintiff's complaint, Plaintiff's attorneys of record submitted the Summons, Complaint, Civil Cover Sheet, the Voluntary Dispute Resolution and Order Setting Scheduling Conference to A&M Attorney Service, Inc. to effectuate service of process upon Tran Hoang Kim.

5. That in or about December 21, 2005, A&M Attorney Service, Inc. informed this office that service had not yet been effectuated upon Mr. Kim.

6. That in or about January 3, 2006, A&M Attorney Service, Inc. confirmed that Mr. Kim was served with the Summons and Complaint on January 1, 2006. However, the Proof of Service was not yet complete and upon receipt of the same from the Sacramento affiliates, that said proof of service would be forwarded to Plaintiff counsel's office.

8. Plaintiff respectfully requests that the scheduling conference, currently set to be heard on January 17, 2006 at 9:00 a.m. before the Honorable William B. Shubb be continued until March 17, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Irvine, California on January 4, 2006          /s/ Reuben D. Nathan, Esq.
                                                            Reuben D. Nathan, Declarant

2

**DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT SERVICE UPON DEFENDANT and PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Pursuant to the Declaration of Plaintiff's counsel and finding good causes therefore, it is hereby ordered that the January 17, 2006 scheduling conference will now be heard on March 17, 2006 at 9:00 a.m. in Courtroom 5.

IT IS SO ORDERED:

Dated: January 6, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

3

**DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT SERVICE UPON DEFENDANT and PROPOSED ORDER**

PDF created with pdfFactory trial version www.pdffactory.com