Robert Lee, SBN 161054
5801 Stockton Blvd., Suite 108
Sacramento, CA  95824
916-454-9000

Attorney for Defendant
TRAN HOANG KIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRAN HOANG KIM and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. **S-05-02107 WBS KJM**<br><br>STIPULATION TO EXTEND TIME OF DEFENDANT TRAN HOANG KIM TO RESPOND TO COMPLAINT |

Plaintiff, MATTTIE JOHNSON ("Plaintiff") and Defendant TRAN HOANG KIM ("Defendant"), by and through their respective counsel, agree and stipulate that Defendant shall have an extension of time, pursuant to Local Rule 6-142(a), for 9 days from February 20, 2006 up to and including March 1, 2006, in which to answer or otherwise respond to Plaintiff's Complaint.

Dated: 2/20/2006      /s/Reuben D. Nathan, Esq.
　　　　　　　　　　　AZIMY & NATHAN, LLP
　　　　　　　　　　　By Reuben D. Nathan, Esq.
　　　　　　　　　　　Attorneys for Plaintiff

Dated: 2/20/2006      /s/ Robert Lee, Esq. as authorized on February 20, 2006
　　　　　　　　　　　Robert Lee
　　　　　　　　　　　Attorney for Defendant

- 1 -

**ORDER**

Based on the foregoing Stipulation, Defendant TRAN HOANG KIM shall have until March 1, 2006 to Answer or otherwise respond to Plaintiff's Complaint.

Dated: February 21, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -