Reuben D. Nathan, Esq. (SBN #208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889
Email: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys of Record for Plaintiff,
Mattie Johnson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTIE JOHNSON,<br><br>                         Plaintiff,<br><br>                    v.<br><br>TRAN HOANG KIM and Does 1 through 10, inclusive.<br><br><br>                    Defendants. | Case No.:  2:05-CV-02107 WBS KJM<br><br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1

2
        Pursuant to F.R.Civ.P. 41(a)(1), Plaintiff Mattie Johnson and Defendant
3
    Tran Hoang Kim through their attorneys' undersigned, stipulate and agree that
4
    above-captioned matter may be dismissed as to all claims and all Defendants, with
                prejudice, each party to bear his own attorneys' fees and costs.
5

6
            DATED: April 10, 2006          **AZIMY & NATHAN, LLP**
7

8

9
                        By: /s/ Reuben D. Nathan, Esq.
10                          Reuben D. Nathan, Esq.
                    Attorney for Plaintiff,       Mattie Johnson
11

12
            DATED: April 9, 2006**LAW OFFICE OF ROBERT LEE**
13

14

15
            By: /s/ Robert Lee, Esq. as authorized on April 9, 2006
16                                              Robert Lee, Esq.
                                        Attorney for Defendant,
17                                          Tran Hoang Kim

18

19

20

21

22

23

24

25

26

27

28

                                        - 2 -

                **STIPULATION OF DISMISSAL AND ORDER THEREON**

1

2
## ORDER
3

4      Pursuant to the stipulation of the parties,

     **IT IS ORDERED** that the above-captioned matter is dismissed as to all
5   claims and all Defendants, with prejudice, each party to bear his own attorneys'

6   fees and costs.

7

8

9   Dated:  April 11, 2006

10

                    WILLIAM B. SHUBB
11
                    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**